```
___FILED          ___RECEIVED
___ENTERED        ___SERVED ON
                  COUNSEL/PARTIES OF RECORD

         JUN 12 2017

     CLERK US DISTRICT COURT
        DISTRICT OF NEVADA
BY:_____DEPUTY
```

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | 2:17-cr-00143-APG-PAL-1 |
| vs. | ) | |
| MARIA JESUS LUCIANO, | ) | |
| Defendant. | ) | **ORDER** |

On June 8, 2017, this Court granted the Motion to Withdraw as Attorney (#13).

Accordingly, IT IS HEREBY ORDERED that Randall J. Roske is APPOINTED as counsel for Maria Jesus Luciano in place of The Federal Public Defender's Office for all future proceedings.

The Federal Public Defender's office shall forward the file to Mr. Roske forthwith.

DATED this 12 day of June, 2017.

_____
UNITED STATES MAGISTRATE JUDGE