1  Randall J. Roske, Esq.
   400 South Fourth Street, Suite 500
2  Las Vegas, Nevada 89101
   Cell (702) 596-6472
3  e-mail: randallroske@yahoo.com
   Counsel for Defendant
4  Maria Luciano

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
* * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | CASE NO.: 2:17-cr-00143-APG-PAL |
| MARIA LUCIANO, | |
| Defendant. | |

**STIPULATION AND ORDER**

IT IS HEREBY STIPULATED and agreed by and between RANDALL ROSKE, Esq., attorney for Defendant Maria Luciano, Defendant, and the United States of America, Plaintiff, bu and through its attorneys Nicholas A. Trutanich, United States Attorney, and John P. Burns, Assistant United States Attorney for the District of Nevada that Ms. Luciano's condition of release pending her surrender to the designated facility of the Bureau of Prisons be modified to allow for the removal of her electronic monitoring (ankle bracelet).

This Stipulation is entered into for the purpose of alleviating the pain caused by Defendant's swelling ankles caused by her circulatory problems, and the chaffing with the electronic monitoring device. It does not appear that this requirement of supervision is necessary at this time and the Supervising Officer in Pretrial Services does not oppose the

requested relief.  Further, Ms Luciano acknowledges that her wilful failure to surrender to the designated facility for service of sentence can expose her to a separate federal prosecution for Bail Jumping a violation of Title 18 U.S.C. § 3146. Said punishment to be served consecutively to any existing sentence Title 18 U.S.C. § 3146 (b) (2).

DATED this 21ˢᵗ day of March, 2019

Randall J. Roske             Nicholas A. Trutanich

\_\_\_\_/s/_____      United States Attorney
Randall J. Roske, Esq.         _____/s/_____
                                 John P. Burns AUSA

'

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARIA LUCIANO,<br><br>Defendant. | CASE NO.: 2:17-cr-00143-APG-PAL |

**ORDER MODIFYING CONDITIONS OF RELEASE**

Based upon the Stipulation of the parties herein, and good cause appearing,

IT IS HEREBY ORDERED that the Defendant Maria Luciano's condition of release pending surrender to the designated Bureau of Prison facility be modified to remove the condition of electronic monitoring. All other conditions remain in full force and effect.

_____
United States District Court Judge
Dated: March 22, 2019.