# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff

v.

MARIA JESUS LUCIANO,

    Defendant

Case No.: 2:17-cr-00143-APG-PAL

**Order**

    The United States submitted for *in camera* review newly discovered information regarding one of its witnesses who testified at the sentencing hearing. I have reviewed the information and determined that it is not material under *Giglio v United States*, 405 U.S. 150 (1972). Therefore, it does not need to be disclosed to the defendant.

    Dated this 5th day of April, 2019.

_____
Andrew P. Gordon
UNITED STATES DISTRICT JUDGE