# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARIA JESUS LUCIANO,<br><br>Defendant. | Case No. 2:17-cr-143-APG<br><br>**ORDER FOR GOVERNMENT'S RESPONSE**<br><br>(ECF No. 64) |

The Government shall file a response to defendant Maria Luciano's motion for a reduction in her sentence (ECF No. 64) by January 2, 2020.

Dated: December 17, 2019.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE