RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
HEIDI OJEDA
Assistant Federal Public Defender
Nevada State Bar No. 12223
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Heidi_Ojeda@fd.org

Attorney for Maria Jesus Luciano.

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>MARIA JESUS LUCIANO.,<br><br>    Defendant. | Case No. 2:17-cr-00143-APG-PAL<br><br>**Stipulation to Continue Supplement's Deadline to Motion for Compassionate Release**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Elizabeth White, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Heidi Ojeda, Assistant Federal Public Defender, counsel for Maria Jesus Luciano, that the due date for Ms. Luciano's Supplement to Motion for Compassionate Release (ECF No. 68), be extended from January 21, 2021 to February 14, 2021; and that the due date for the government's response be extended until February 28, 2021.

This Stipulation is entered into for the following reasons:

1. Counsel needs additional time to obtain Ms. Luciano's medical records.

2. The parties agree to the continuance.

3. Ms. Luciano does not object to the continuance.

4. The additional time requested by the stipulation is made in good faith and not for purposes of delay.

This is the first request for a continuance of the supplement deadline.

DATED this 25th day of January 2021.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | NICHOLAS A. TRUTANICH<br>United States Attorney |
| By */s/ Heidi Ojeda*<br>HEIDI OJEDA<br>Assistant Federal Public Defender | By */s/ Elizabeth White*<br>ELIZABETH WHITE<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:17-cr-00143-APG-PAL |
| Plaintiff, | ORDER |
| v. | |
| MARIA JESUS LUCIANO, | |
| Defendant. | |

IT IS THEREFORE ORDERED that upon consideration of Defendant's Request to Extend Deadline for filing her Supplement to Motion for Compassionate Release, that the Defendant's deadline to file her Supplement is extended to February 14, 2021, and the Government's response is due February 28, 2021.

DATED this  25th  day of January 2021.

_____
UNITED STATES DISTRICT JUDGE