RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
HEIDI OJEDA
Assistant Federal Public Defender
Nevada State Bar No. 12223
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Heidi_Ojeda@fd.org

Attorney for Maria Jesus Luciano.

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARIA JESUS LUCIANO,<br><br>Defendant. | Case No. 2:17-cr-00143-APG-PAL<br><br>**Motion for Leave to File Exhibit Under Seal** |

    Undersigned counsel is filing a Motion for Compassionate Release. Exhibit A contains Ms. Luciano's sensitive medical records. Defense counsel believes this information will assist the Court in evaluating the motion. Because Exhibit A contains private medical information, it should be filed under seal and remain under seal. Undersigned counsel will serve the sealed Exhibit A on the government via electronic mail.

/ / /

/ / /

/ / /

## Conclusion

For the foregoing reasons, undersigned counsel respectfully requests leave to file under seal Ms. Luciano's Exhibit A to her Motion for Compassionate Release, and requests that the Court maintain it under seal.

DATE: February 16, 2021.

Respectfully submitted,

RENE L. VALLADARES
Federal Public Defender

By: /s/ Heidi Ojeda

HEIDI OJEDA
Assistant Federal Public Defender

IT IS SO ORDERED:

Dated: February 17, 2021

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE

**Certificate of Service**

  I certify that on February 16, 2021, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the District of Nevada by using the CM/ECF system. Participants in the case registered CM/ECF users will be served by the appellate CM/ECF system. The following non-CM/ECF participants will be served by U.S. Mail:  Maria Jesus Luciano

              */s/ Rosana Aporta*
              ROSANA APORTA
              Assistant Federal Public Defender